07/04/2008
JULY FOURTH OF 2008
RAT LOVES MARILYN MANSON
PAGE NUMBER 002 TWO OR 003 THREE PAGES

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND AFFIDAVIT.

08-414

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # ▓▓▓ ▓▓▓ MS. JANE DOE, ALIAS OR A.K.A. MS. TALINA QUEEN AND WE.

**FILED**
**JUL - 7 2008**
**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

1.- I AM THE PLAINTIFF UNDER 28 USC 1915 I AM UNABLE TO PAY THE COSTS OR THIS COMPLAINT.
2.- ARE YOU CURRENTLY INCARCERATED # YES
3.- IF YES WHERE # D.C.C., 1181 PADDOCKROAD, SMYRNA DE. 19977.
4.- ARE YOU EMPLOYED THERE # NO
5.- DID YOU RECEIVE ANY MONEY FROM THAT PRISON # NO
6.- NAME AND ADDRESS OF LAST EMPLOYER # MR. SAMMY CONGO, AT CONGO RIVER NEAR HOME, 2901 W., 2ND. ST., WILMINGTON DE. 19805, OR AT PETRUCON, 100 N., CLEVELAND AVE., WILMINGTON DE. 19805.
7.- MONTHLY SALARY RECEIVED # $ 16,00 OR 2,000.
8.- LAST DAY EMPLOYED # OCT. OR NOV. OR 2000.
9.- LAST PAYMENT OF SALARY RECEIVED # $ 16,00 OR 2000.
10.- HAVE YOU RECEIVED ANY MONEY ON THE LAST YEAR PERIOD # NO
11.- DID YOU HAVE CASH OR ANY ACCOUNT # NO

15.- DO YOU OWN ANY PROPERTY # NO
16.- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # WHAT IS LEFT OF MY FAMILY.
17.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
18.- DATE # 07/04/2008
9.- SIGNATURE # IVAN MENDEZ

{ JULY FOURTH OF 2008
STAGER LOVES CINDY CRAWFORD
PAGE NUMBER 003 THREE OF 003 THREE PAGES }   07/04/2008
                                                S

D.C.C.
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTHS PERIOD.

TO # MR. JOSEPH HUDSON.                    DATE# 07/04/2008
    SUPPORT SERVICES MANAGER
    D.C.C.
    SMYRNA DE. 19977


FROM # IVAN MENDEZ                         453351
    INMATE'S SIGNATURE #                   So.B.1 #


I AM REQUESTING A CERTIFIED STATEMENT OF MY ACCOUNT
FOR PAST SIX MONTHS PERIOD UNDER 28 USC 1915(A), (2).


    IVAN MENDEZ
     SIGNATURE #



    28 USC 1746 AND 18 USC 1621


        (PAGE NUMBER THREE)