{ QUIET RIOT LOVES NATASHA YINSKY }
{ PAGE NUMBER  001 ONE OF 009 THREE PAGES }

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
FORM TO BE USED BY A PRISONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

08-414

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # ▉▉▉ ▉▉▉ MS. JANE DOE, ALIAS OR A.K.A. MS. TALINA QUEEN AND WE.


FILED
JUL 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.- JURISDICTION IS PROPER IN THIS COURT ACCORDING TO # 42 USC 1983.
2.- PLAINTIFF # IVAN MENDEZ
3.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.
1.- LIST CAPTION AND CASE NUMBER OF YOUR PREVIOUS LAWSUITS # HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, PENSYLVANIA, DELAWARE, WASHINGTON D.C., AND FROM ALL OF THIS CRIMINAL ORGANIZATION AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.
2.- IS THERE A PRISONER GRIEVANCE # YES
1.- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # YES
3.- WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO.
1.- WHAT WAS THE RESULTS # NEGATIVE, NO RESULTS AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS TOO.

2.- NAME OF DEFENDANTS # THIS CRIMINAL ORGANIZATION.
3.- IS EMPLOYED A # AS YOU KNOW IT TOO THEIR JOBS AND POSITIONS.
4.- ADDRESS # AS YOU KNOW IT TOO ALL OF THEIR ADDRESSES.
5.- STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE MASTER, THIS LADY CAME ON 05/08/2008, MAY EIGHT OF 2008, TRYING TO TAKE ME OUT FROM PROTECTIVE CUSTODY, KNOWING OF THIS NASTY SET UP CONSPIRACY AND WIDELY SPREAD IT PLOT TO KILL ME, SAYING THAT HER AND THEY ARE GOING TO TAKE ME OUT FROM PROTECTIVE CUSTODY AND SEND ME TO GANDER HILL PRISON, KNOWING THAT THIS CRIMINAL ORGANIZATION HAS SENT IT PEOPLE FROM GANDER HILL PRISON, DELAWARE PSYCHIATRIC CENTER, SUSSEX CORRECTIONAL INSTITUTION AND FROM OVER HERE AT D.C.C., TO ACCOMPLISH THIS NASTY SET UP AND WIDELY SPREAD IT PLOT TO KILL ME, SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE, PERHAPS YOU KNOW IT TOO ALL ABOUT HER ON PRIOR LEGAL FORMS AND LETTERS, REGARDING OTHER PARTIES.
6.- HOW HAVE YOU BEEN INJURED BY THE ACTIONS OF THE DEFENDANTS # EMOTIONALLY, PSYCHOLOGICALLY AND ALMOST PHYSICALLY BY SENDING ONE INMATE TO PUT SOAP OUT ON THE SHOWER ROOM WHERE I WAS TAKING A SHOWER ALONG WITH OTHER PARTIES.
17.- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE MASTER, I AM REQUEST THE SAME THINGS THAT I AM REQUESTING ON MY LEGAL FORMS ALWAYS.
18.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
19.- DATE # 07/04/2008
20.- SIGNATURE # IVAN MENDEZ

I/M: IVAN MENDEZ

SBI# 453351   UNIT S. H.U. #18

**DELAWARE CORRECTIONAL CENTER**
**1181 PADDOCK ROAD**
**SMYRNA, DELAWARE 19977**

$01.00 JUL 03 2008 MAILED FROM ZIP CODE 19977



U.S. DISTRICT COURT
844 NORTH KING STREET
LOCKBOX #18
WILMINGTON DELAWARE
19801